ASHLEIGH LYNN EASLEY
888 Mesa Ridge Dr., Apt. 5
Sparks, NV 89434

Christopher P. Burke, Esq.
Christopher P. Burke, Esq.
702 Plumas Street
Reno, NV 89509

ACS STUDENT LOANS
ATTN: MANAGING AGENT
POB 7051
Utica, NY 13504

AD ASTRA RECOVERY SERVICES
ATTN: MANAGING AGENT
3611 N. RIDGE RD.  STE.104
Wichita, KS 67205

ARSTRAT A DIVISION OF PATIENT
ATTN; MANAGING AGENT
9800 CENTRE PARKWAY # 1100
Houston, TX 77036

B&P COLLECTION
ATTN; MANAGING AGENT
P.O. BOX 872
Reno, NV 89504

B&P COLLECTION SERVICE
ATTN; MANAGING AGENT
816 S CENTER ST
Reno, NV 89501-2306

Bank of America
Attn: Managing Agent
P.O. Box 982235
El Paso, TX 79998

Bank of America
Attn: Managing Agent
P.O. BOX 15019
Wilmington, DE 19886

California Franchise Tax Board
Attn: Managing Agent
P.O. Box 942867
Sacramento, CA 94267-0011

California Franchise Tax Board
Attn: Managing Agent
P.O. Box 2952
Sacramento, CA 95812-2952

CALVARY PORTFOLIO SERVICES
ATTN: MANAGING AGENT
500 SUMMIT LAKE DR 400
Valhalla, NY 10595

Capital One
Attn: Managing Agent
POB 30285
Salt Lake City, UT 84130

Capital One
Attn: Managing Agent
P.O. Box 30281
Salt Lake City, UT 84130

Capital One Bank
Attn: Managing Agent
P.O. Box 60024
City Of Industry, CA 91716-0024

Car Loans Inc.
Attn: Managing Agent
100 N. Arlington Ave., Ste. 350
Reno, NV 89501

Car Loans Nevada LLC
Attn: Managing Agent
P.O. Box 5
Reno, NV 89504

Cavalry SPV 1 LLC
Attn: Managing Agent
500 Summit Lake Dr., Ste. 400
Valhalla, NY 10595

Charter Communications
Attn: Managing Agent
9335 Prototype Dr.
Reno, NV 89502

CLERK OF THE U.S. TAX COURT
ATTN: MANAGING AGENT
400 SECOND STREET, NW
Washington, DC 20217

Collection Service Of Nevada
Attn: Managing Agent
777 Forest Street
Reno, NV 89509

COLLECTION SERVICE/NEVADA
ATTN:MANAGING AGENT
777 FOREST ST
Reno, NV 89509

CREDIT COLLECTION SERVICE
ATTN: MANAGING AGENT
POB 9136
Needham Heights, MA 02494

CREDIT COLLECTION SERVICES
ATTN: MANAGING AGENT
POB 9134
Needham Heights, MA 02494-9134

Credit Management
Attn: Managing Agent
4200 International Pkwy.
Carrollton, TX 75007

Credit Management, LP
Attn: Managing Agent
POB 118288
Carrollton, TX 75011-8288

DIRECT / US DEPT OF EDUCATI
ATTN: MANAGING AGENT
P.O. BOX 5609
GREENVILLE, OK 74503

DIRECTTV
ATTN: MANAGING AGENT
POB 60036
Los Angeles, CA 90060

Educational Credit Managment Cor
Attn: Managing Agent
P.O. Box 16408
Saint Paul, MN 55116-0408

GOLD BUYERS
ATTN: MANAGING AGENT
155 LEMMON DR
Reno, NV 89506

| | | |
|---|---|---|
| GRANT & WEBER<br>ATTN: MANAGING AGENT<br>861 CORONADO CENTER DR.<br>SUITE 211<br>Henderson, NV 89052 | LABORATORY CORPORATION<br>P.O. BOX 2240<br>ATTN: MANAGING AGENT<br>Burlington, NC 27216-2240 | Paycheck Advance<br>Attn: Managing Agent<br>5505 Sun Valley Blvd.<br>Sparks, NV 89434 |
| GREAT LAKES BORROWER SRV.<br>ATTN: MANAGING AGENT<br>2401 INTERNATIONAL LANE<br>Madison, WI 53704 | LARY HILLERMAN<br>ATTN: MANAGING AGENT<br>105040 SUTTERHILL LANE<br>Reno, NV 89506 | Paycheck Advance<br>Attn: Managing Agent<br>3270 Folkways Blvd., Ste. 200<br>Lincoln, NE 68504 |
| Great Lakes Educational Loan Srv.<br>ATTN: MANAGING AGENT<br>P.O. Box 8973<br>Madison, WI 53708-8973 | LES SCHWAB<br>ATTN: MANAGING AGENT<br>20900 COOLEY RD<br>Bend, OR 97701 | PRO TECH AUTO SALES<br>ATTN: MANAGING AGENT<br>1740 MILL ST<br>Reno, NV 89502 |
| Hospital Collection Services<br>Attn: Managing Agent<br>816 South Center St.<br>Reno, NV 89501 | Les Schwab Tire Centers<br>Attn: Managing Agent<br>P.O. Box 5350<br>Bend, OR 97701 | Progressive Insurance<br>Attn: Managing Agent<br>POB 894107<br>Los Angeles, CA 90189-4107 |
| HSBC/CAPITAL ONE BANK<br>ATTN: MANAGING AGENT<br>POB 60507<br>City Of Industry, CA 91716-0507 | Les Schwab Tires<br>Attn: Managing Agent<br>1290 Kietzke Ln.<br>Reno, NV 89502-2749 | RADIOLOGY CONSULTANTS LDT<br>ATTN: MANAGING AGENT<br>P.O. BOX 3177<br>Indianapolis, IN 46206 |
| I.R.S.<br>Attn: Managing Agent<br>Ogden, UT 84201 | MILAN COSMETOLEGY SCHOOL<br>ATTN: MANAGING AGENT<br>4020 KIETZKE LANE<br>Reno, NV 89502 | Rapid Cash<br>Attn: Managing Agent<br>690 E. Prater Way<br>Sparks, NV 89431 |
| Internal Revenue Service<br>Attn: Managing Agent<br>Stop 5028<br>110 City Prkwy.<br>Las Vegas, NV 89106 | NELNET / DEPT OF EDUCATION<br>ATTN: MANAGING AGENT<br>3015 PARKER RD 400<br>Aurora, CO 80014 | RENO EMERGENCY PHYSICIANS<br>ATTN: MANAGING AGENT<br>POB 95728<br>Oklahoma City, OK 73143-5728 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Nevada Dept. of Taxation<br>Bankruptcy Division<br>555 E. Washington, #1300<br>Las Vegas, NV 89101 | Reno Family Physicians<br>Attn: Managing Agent<br>7111 S. Virginia Street  #A-7<br>Reno, NV 89511 |
| IRS<br>ATTN: MANAGING AGENT<br>DEPARTMENT OF TREASURY<br>5045 E BUTLER AVE<br>Fresno, CA 93888 | NEVADA ENERGY<br>Attn: Managing Agent<br>POB 10100<br>Reno, NV 89520 | SAINT MARY'S REGIONAL MED C<br>ATTN: MANAGING AGENT<br>P.O. BOX 101078<br>Pasadena, CA 91189 |
| J.C. CHRISTENSEN & ASSOCIATES, INC<br>ATTN: MANAGING AGENT<br>POB 519<br>Sauk Rapids, MN 56379 | Nevada Labor Commission<br>ATTN: MANAGING AGENT<br>1818 COLLEGE PKWY STE 102<br>Carson City, NV 89706 | SAINT MARY'S REGIONAL MEDIC<br>ATTN: MANAGING AGENT<br>235 WEST 6TH STREET<br>Reno, NV 89503 |

State of Nevada
Dept. of Employment Etc.
Contributions Section
500 E. 3rd Street
Carson City, NV 89713

Western Surgical Group
Attn: Managing Agent
75 Pringle Way #1002
Reno, NV 89502-1475

THE O'MARA LAW FIRM
ATTN: MANAGING AGENT
311 E. LIBERTY STREET
Reno, NV 89501

William Van Meter
P.O. Box 6630
Reno, NV 89513

TMCC
Attn: Managing Agent
7000 Dandini Blvd., RDMT 319
Reno, NV 89512-3999

U.S. Dept of Education
Attn: Managing Agent
2401 International
P.O. Box 7859
Madison, WI 53704

U.S. Dept. of Education
Attn: Managing Agent
P.O. Box 8973
Madison, WI 53704-8973

U.S. Trustee
300 Booth St., Ste. 3009
Reno, NV 89509

WELLS FARGO
ATTN: MANAGING AGENT
P.O. BOX 5185
Sioux Falls, SD 57117

Wells Fargo Bank N.A.
Wells Fargo Education Financial Srv.
Attn: Managing Agent
301 W. 58th Street N
Sioux Falls, SD 57104

Wells Fargo Education Finance
Attn: Managing Agent
P.O. Box 84712
Sioux Falls, SD 57117

WELLS FARGO EDUCATIONAL FINANCIAL
ATTN: MANAGING AGENT
P.O. BOX 60558
Los Angeles, CA 90060