Christopher P. Burke, Esq.
State Bar No.: 004093
702 Plumas Street
Reno, Nevada 89509
(775)333-9277
attycburke@charter.net
Attorney for Debtor(s)

Electronically filed: 2-14-17

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

IN RE:                              )    BK-N-17-50018-BTB
                                    )    CHAPTER 13
ASHLEIGH LYNN EASLEY                )
                                    )    HEARING DATE: 2-07-17
                                    )    HEARING TIME: 10:15 a.m.
                                    )
         DEBTOR.                    )

**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR
CONTINUATION OF AUTOMATIC STAY IN CASE FILED
AFTER PRIOR DISMISSAL WITHIN ONE YEAR OF FILING**

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that on the 14TH day of February 2017, the above-entitled court entered an Order Granting Motion for Continuation of Automatic Stay in Case filed After Prior Dismissal Within One Year of Filing [Dkt. 26]. A copy of said Order is attached hereto.

DATED this 14th day of February 2017.

/s/ Christopher P. Burke, Esq.
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No. 004093
702 Plumas Street
Reno, Nevada 89509
(775)333-9277