_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 14, 2017

Christopher P. Burke, Esq.
702 Plumas Street
Reno, NV 89509
(775) 333-9277
attycburke@charter.net
Nevada State Bar:004093
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK-N-17-50018-BTB |
| | CHAPTER 13 |
| ASHLEIGH LYNN EASLEY | |
| | Hearing Date: 2-07-17 |
| | Hearing Time: 10:15 a.m. |
| DEBTOR(s) | |

**ORDER GRANTING MOTION FOR CONTINUATION OF AUTOMATIC STAY IN CASE FILED AFTER PRIOR DISMISSAL WITHIN ONE YEAR OF FILING**

THIS MATTER having come before the Court on Debtor's Ashleigh Lynn Easley's ("Debtor" or "Ms. Easley") Motion for Continuation of Automatic Stay [Dkt. 11] and there being no Opposition filed nor any appearance made by any creditor or the Chapter 13 Trustee, and the Court having read the pleadings and good cause appearing therefore;

IT IS THEREFORE THE ORDER OF THE COURT that the Debtors' Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within One Year of Filing is hereby, GRANTED;

IT IS HEREBY FURTHER ORDERED, the stay shall remain in effect unless it is lifted pursuant to 11 U.S.C. §362(d).

IT IS SO ORDERED.

Prepared by:

/s/ Christopher P. Burke, Esq.
CHRISTOPHER P. BURKE, ESQ.

# # #

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

 \_\_\_\_\_ The court waived the requirements of approval under LR 9021 (b)(1).

 \_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in this case.

 \_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

 XXX No opposition was filed to the motion and no counsel appeared at the hearing.

# # #