1  CHRISTOPHER P. BURKE, ESQ.
   Nevada Bar No.: 004093
2  *attycburke@charter.net*
   702 Plumas St.
3  Reno, NV 89509
   Attorney for Debtor(s)
4

**UNITED STATES BANKRUPTCY COURT**
5  **NORTHERN DISTRICT OF NEVADA**

6

7  In Re:                              )        BK-N-17-50018-BTB
                                       )        Chapter 13
8  ASHLEIGH LYNN EASLEY                )
                                       )
9                                      )
       Debtor(s).                      )        HEARING DATE:
10 _____)             HEARING TIME:

11     **PURSUANT TO 28 U.S.C. §1746 ASHLEIGH LYNN EASLEY**
                **DECLARES THE FOLLOWING:**
12

13 I, Ashleigh Lynn Easley, declare under penalty of perjury that the foregoing is
   true and correct:
14

15 1.  That I filed a Chapter 13 petition on January 9, 2017, case No. BK-N-17-50018-
       BTB.
16
   2.  That I listed Car Loans Nevada ("CLN") on Schedule D of my petition as a
17     securing the debt for my 2006 Honda Civic ("Civic"), for a total of $8,600.(Dkt. 1,
       pgs. 21-22).
18
   3.  That CLN was notified of my Chapter 13 bankruptcy, by mail three different times to
19     three different addresses.

20 4.  That on April 5, 2017, a man repossession company, Rapid Nevada Recovery,
       came to my house through my back yard, yelling "hello."
21
   5.  That I was on a phone for my work.
22
   6.  That I ended the call for my work to see who was at my home.  The man said he
23     was "here from the repossession company," and he asked for the keys to my car.

24 7.  That I told the man I was in bankruptcy, and that I could call my attorneys office.
   8.  That the man's name is Bill, who told me he did not have time for me to make
25     phone calls.

26 9.  That Bill stated they were not notified of the bankruptcy, and that in his thirty
27     years of repossessing vehicles, he never wrongly repossessed a vehicle, and that

28                                      1

                                                    **EXHIBIT "A"**

he is the just middle man doing his job.

10. That I asked to get my items out of my car, during which time I called my attorneys office, and put Kim from my attorneys office on speaker phone, she verified that I was in a current bankruptcy, that I filed in January 2017, and that Car Loans was notified.

11. That after the call to my attorneys office, Bill stated he was going to call his office which he did.

12. That after Bill hung up with his office, he stated he had to take my car, and that there was nothing he could do.

13. That after Bill took my car, I called Kim back and notified her that they took my car.

14. That I am so frustrated as I thought bankruptcy was supposed to stop creditors from taking my possessions.

15. That I am trying to be responsible and get to my work meetings, but I cannot if I do not have a vehicle.

16. That my job is in jeopardy if I miss meetings because I do not have a vehicle.

17. That if I do not have a job, I cannot make my plan payments.

18. That these creditors' actions have caused me extreme stress, I do not know what to do.

That I declare under penalty of perjury that the foregoing is true and correct.

Dated this ⁷ day of April 2017.

ASHLEIGH LYNN EASLEY

2