CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*attycburke@charter.net*
702 Plumas St.
Reno, NV 89509
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | BK-N-17-50018-BTB |
| | ) | Chapter 13 |
| ASHLEIGH LYNN EASLEY | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | HEARING DATE: |
| | ) | HEARING TIME: |

### PURSUANT TO 28 U.S.C. §1746 KIMBERLY G. WILSON
### DECLARES THE FOLLOWING:

I, Kimberly G. Wilson, declare under penalty of perjury that the foregoing is true and correct:

1.  That I am an employee of Christopher P. Burke, Esq.

2.  That on April 5, 2017, at approximately 3:45 pm. I received a call from Ashleigh Lynn Easley.

3.  That Ms. Easley indicated that her vehicle, 2006 Honda Civic, was being repossessed.

4.  That I told Ms. Easley to tell the repossession company, Rapid Nevada Recovery, that she was in a bankruptcy.

5.  That Ms. Easley claimed she did tell the person repossessing her vehicle, that she was in a bankruptcy.

6.  That Ms. Easley then put me on speaker phone so the person repossessing her vehicle, ("Bill"), could hear me and speak to me, and I affirmed Ms. Easley was in a current bankruptcy and that by repossessing the vehicle, he was violating the Bankruptcy Code.

7.  That Bill asked me when Ms. Easley filed, and if the creditor, Car Loans Nevada, had been served.

8.  That I answered she filed in January of this year, 2017, and yes, Car Loans Nevada was indeed notified.

1

EXHIBIT "B"

9.    That Bill stated he was going to check with his company, and we terminated the call.

10.   That on April 5, 2017 at 3:55 p.m. I received a call from a distraught Ms. Easley, that Bill repossessed her vehicle.

That I declare under penalty of perjury that the foregoing is true and correct.

Dated this _7th_ day of _April_ 2017.

_Kimberly D. Wilson_
KIMBERLY G. WILSON

2