

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
May 25, 2017

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-50018-BTB |
| ASHLEIGH LYNN EASLEY, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| _____ ) | |

## ORDER PARTIALLY SEALING TRANSCRIPT

On April 12, 2017, the Court held a hearing on the *Motion for Contempt for Violation of the Automatic Stay Under §362(a) and Damages Against Creditor, Car Loans Nevada LLC and Rapid Nevada Recovery and Motion for Turnover of Vehicle* filed by Debtor on April 7, 2017 (Doc #32). At the conclusion of the hearing, the Court ordered that a transcript of the hearing be ordered and that Debtor's testimony be sealed. The transcript of the April 12, 2017 hearing was filed on docket May 18, 2017 (Doc #40, "Transcript").

**IT IS HEREBY ORDERED** that the portion of the Transcript containing Debtor's testimony from the April 12, 2017 hearing shall be sealed.

**IT IS SO ORDERED.**

# # #