Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 30, 2017

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
attycburke@charter.net
702 Plumas Street
Reno, NV 89509
(775) 333-9277
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

**ASHLEIGH LYNN EASLEY**

Debtor.

BK-N-17-50018-BTB
Chapter 13

HEARING DATE: 4/12/17
HEARING TIME: 2:00 P.M.

CON'T HEARING DATE: 7/31/17
CON'T HEARING TIME: 10:00 A.M.

CON'T HEARING DATE: 8/17/17
CON'T HEARING TIME: 4:00 P.M.

**ORDER ON MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY UNDER §362(a) AND DAMAGES AGAINST CREDITOR, CAR LOANS NEVADA LLC AND RAPID NEVADA RECOVERY AND MOTION FOR TURNOVER OF VEHICLE**

THIS MATTER having come before the Court on Debtor's ASHLEIGH LYNN EASLEY ("Debtor" or "Ms. Easley") Motion for Contempt for Violation of the Automatic Stay Under §362(a) and Damages Against Creditors, Car Loans Nevada LLC and Rapid Nevada Recovery and Motion for Turnover of Vehicle [Dkt. 32] filed by her counsel,

Christopher P. Burke, Esq., and Car Loans Nevada LLC ("Car Loans") having filed an Opposition, and appearing through its counsel, Scott N. Tisevich, Esq., and Rapid Nevada Recovery ("Rapid Recovery") having filed an Opposition, and appearing through its counsel, Jarad D. Beckman, Esq., and after testimony and oral argument, with the Court having read the pleadings, and with good cause appearing, the Court stated its Findings of Fact and Conclusions of Law on the record pursuant to Fed.R.Bank.P.7052;

IT IS THEREFORE THE ORDER OF THIS COURT, that Easley's Motion for Contempt for Violation of the Automatic Under §362(a) and Damages Against Creditors, Car Loans Nevada LLC and Rapid Nevada Recovery and Motion for Turnover of Vehicle [Dkt. 32], is hereby GRANTED as follows:

IT IS HEREBY ORDERED; that the Motion to Supplement the Record for Attorneys Fees and Costs (Dkt. 59) filed in this matter is hereby GRANTED.

IT IS FURTHER ORDERED; Car Loans and Rapid Recovery are jointly and severally liable to pay $1,410 in actual damages that include, gas, prescriptions, loss of work, and bonuses;

IT IS FURTHER ORDERED; Car Loans is liable for $100,000 in emotional distress damages, of which $10,000, both Rapid Recovery and Car Loans are jointly and severally liable for;

IT IS FURTHER ORDERED; Car Loans is liable for $50,000 in punitive damages, of which $5,000 of which both Car Loans and Rapid Recovery are jointly and severally liable;

IT IS FURTHER ORDERED; that Car Loans and Rapid Recovery are jointly and severally liable to pay Christopher Burke, Esq. $12,000 for attorney fees;

2

IT IS FURTHER ORDERED; that within thirty (30) days from the entry of this order, the actual damages of $1,410 and $12,000 in attorneys fees shall be paid to Ms. Easley and Christopher Burke, Esq.

IT IS SO ORDERED.

Respectfully submitted:

/s/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ
Attorney for Ashleigh Lynn Easley
702 Plumas St.
Reno, Nevada 89509
(775) 333-9277 Fax (775)329-1165

(✓) approve          ( ) disapprove

*Scott N. Tisevich*

Scott N. Tisevich, Esq.
Attorney for Car Loans LLC
241 Ridge Street, Suite 300
Reno, NV 89501
Phone: (775) 786-8926  Fax: (775)
email: sntisevich@gmail.com; sntisevich@hotmail.com

( ) approve          ( ) disapprove


    NO  RESPONSE
Jarad D. Beckman, Esq.
WOLFE & WYMAN LLP
Attorney for Rapid Recovery Inc.
6757 Spencer Street
Las Vegas, NV 89120
Phone:(702)476-0100 Fax (702)476-0101
email: jdbeckman@wolfewyman.com

3

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_\_\_  The court waived the requirements of approval under LR 9021 (b)(1).

\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in this case.

__X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

On August 21, 2017, emailed to Scott Tisevich, Esq., Attorney for Car Loans LLC at email: sntisevich@gmail.com; sntisevich@hotmail.com

On August 21, 2017, emailed to Jarad D. Beckman, Esq., Attorney for Rapid Recovery, at email: jdbeckman@wolfewyman.com

\_\_\_\_\_  No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

4